UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN KLEINERT,

        Plaintiff,

v.                                                         Case No. 18-C-189

BAY HARBOR CONDOMINIUM
OWNERS ASSOCIATION INC.,

        Defendant.

## ORDER GRANTING MOTION TO RESTRICT DOCUMENT

Plaintiff Kevin Kleinert filed this action for copyright infringement against Defendant Bay Harbor Condominium Owners Association Inc. On December 18, 2018, the parties filed a stipulation of dismissal, and the case was dismissed with prejudice, on the merits and without an award of fees or costs to any party. What remains is Defendant's motion to restrict a settlement agreement attached as an exhibit to the Affidavit of Aaron M. Ninnemann filed in connection with Defendant's motion for summary judgment. The court must make a determination of good cause to seal part of the record in a case. *See Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943, 944 (7th Cir. 1999). I am satisfied that good cause exists to restrict the settlement agreement. Confidentiality of settlement agreements encourages and promotes the public interests inherent in the settlement of lawsuits. Accordingly, Defendant's motion to restrict (ECF No 29) is **GRANTED**. The settlement agreement (ECF No. 30-2) shall remain restricted.

      **SO ORDERED** this __18th__ day of December, 2018.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court